M. ARTHUR HELFHAT, Respondent, *v.* J. NORMAN WHITEHOUSE and Others, Copartners, Doing Business as and under the Firm Name and Style of WHITEHOUSE & Co., Appellants.

PER CURIAM. Upon all the evidence in this record, and particularly that relating to the writing by the plaintiff of a letter to the business conduct committee of the New York Stock Exchange, we are of opinion that the verdict is against the weight of the evidence. The judgment accordingly is reversed and a new trial ordered, with costs to appellants to abide the event. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., and Merrell, J., dissent. Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event.